NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MHL CUSTOM, INC.,**

*Plaintiff-Cross-Appellant*

**v.**

**WAYDOO USA, INC., SHENZHEN WAYDOO INTELLIGENCE TECHNOLOGY CO., LTD.,**

*Defendants-Appellants*

_____

2024-2116

_____

Appeal from the United States District Court for the District of Delaware in No. 1:21-cv-00091-RGA, Judge Richard G. Andrews.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                        MHL Custom, Inc. v. Waydoo USA, Inc.

(2)  Each side shall bear their own costs.


FOR THE COURT


December 26, 2024
Date

Jarrett B. Perlow
Clerk of Court


**ISSUED AS A MANDATE:** December 26, 2024